[No. 16998–0–I.   Division One.   September 28, 1987.]

JOY HARRIS, ET AL, *Respondents*, v. GREAT LAKES CHEMICAL CORPORATION, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 84–2–00279–7, Harry A. Follman, J., entered August 6, 1985. *Affirmed* by unpublished opinion per Webster, J., concurred in by Grosse and Pekelis, JJ.

[No. 16734–1–I.   Division One.   September 28, 1987.]

MORRIS SHERMAN, ET AL, *Respondents*, v. ROBERT M. RUSSELL, ET AL, *Appellants*, DIAMOND & SYLVESTER, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 85–2–04575–1, Frank J. Eberharter, J., entered June 17, 1985. *Affirmed in part* and *reversed in part* by unpublished opinion per Andersen, J. Pro Tem., concurred in by Cole and Ellington, JJ. Pro Tem.

[No. 18698–1–I.   Division One.   September 28, 1987.]

McDONALD INDUSTRIES, INC., ET AL, *Appellants*, v. SEAWARD CONSTRUCTION COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 83–2–12882–0, Nancy A. Holman, J., entered June 11, 1986. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Ringold, A.C.J., and Grosse, J.